IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAVIS D. DOYLE,

Defendant.                                            No. 10-30057-DRH

### ORDER

**HERNDON, Chief Judge**:

Pending before the Court is Assistant Federal Public Defender Stephen Williams' motion to withdraw as counsel for Doyle (Doc. 41). Williams moves to withdraw from the case as his has a conflict of interest. Based on the reasons stated in the motion, the Court **GRANTS** the motion. Further, the Court **APPOINTS** Mr. John D. Stobbs, II, 307 Henry Street, Suite 211, Alton, Illinois 62002 as counsel for Doyle. The Court reminds the parties that this matter is currently set for jury trial on August 30, 2010.

**IT IS SO ORDERED.**

Signed this 3rd day of August, 2010.

/s/     David R Herndon
**Chief Judge
United States District Court**