IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**TAVIS D. DOYLE,**

**Defendant.**                                              No. 10-30057-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant's sealed motion for appointment of additional counsel (Doc. 76). Based on the reasons stated in the motion and the following, the Court **GRANTS** the motion. A review of the record in this case demonstrates that this case is complex and extended. This matter contains numerous issues (a six count third superseding indictment that contains charges ranging from distribution of a controlled substance resulting in death or serious bodily injury to transportation of a minor with intent that minor engage in prostitution) and the discovery is voluminous. Further, Mr. Stobbs, Doyle's lead counsel, is a solo practitioner. Accordingly, the Court finds that additional counsel is needed to assist in the defense of this case. The Court **APPOINTS** attorney Thomas Q. Keefe, III., of the law firm Thomas Q. Keefe, P.C., Belleville, Illinois to serve as co-counsel for Doyle. This appointment is made at no cost to Doyle, as he

does not have adequate funds to pay for his defense.

**IT IS SO ORDERED.**

Signed this 9th day of November, 2010.

David R. Herndon
2010.11.09 16:37:42
-06'00'

**Chief Judge
United States District Court**