IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 10-CR-30057-DRH |
| | ) | |
| TAVIS D. DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum for the production of CLINT W. MASON, S03480, in the United States District Court at East St. Louis, Illinois, on the 10th day of February, 2011, at the hour of 9a.m.

**IT IS SO ORDERED.**


DATED this 4th day of February, 2011.

David R. Herndon
2011.02.04
13:21:05 -06'00'

Chief Judge
United States District Judge