IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAVIS D. DOYLE,

Defendant.                                                   No. 10-30057-DRH

ORDER

**HERNDON, Chief Judge**:

On September 19, 2013, Doyle filed a motion for order to obtain records which the Court construes as a motion to produce (Doc. 272). Specifically, Doyle seeks the phone records of a witness from his criminal trial, Carole Blankenship. Thus, the Court **DIRECTS** the government to respond to the motion by either providing the phone record that Doyle is seeking or move for a protective order from the Court asking that it not be required to produce the phone record and the reasons it should be excused from that production. The Court **ALLOWS** the government up to and including October 7, 2013 to either produce the record or file the motion for protective order. If the government decides to produce the record, it shall inform the Court in writing that it has done so.

**IT IS SO ORDERED.**

Signed this 23rd day of September, 2013.

*David R. Herndon*                Digitally signed by
                                  David R. Herndon
                                  Date: 2013.09.23
                                  13:52:57 -05'00'

**Chief Judge
United States District Court**